**1300**

David COHEN, Councilman; Thomas Paine Cronin, President(AFSCME); Lance Haver, Education Director; James Shigaki, 12th and Somerville STS Residents Association, Appellees,

v.

Edward G. RENDELL, Mayor; John F. Street, President of City Council; and City of Philadelphia, Appellants.

Supreme Court of Pennsylvania.

Argued Feb. 2, 1998.

Decided Feb. 27, 1998.

Richard Feder, Philadelphia, for appellants.

Samuel C. Stretton, for David Cohen, et al.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

---

LA MAR–GATE, INC.

v.

Eugene B. SPITZ, Eleanor R. Spitz, General Electric Credit Corp., First Keystone Federal Savings Bank and Atlantic Financial Federal.

Appeal of Eugene B. SPITZ.

Supreme Court of Pennsylvania.

Argued Feb. 3, 1998.

Decided Feb. 27, 1998.

### ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.